360 A.2d 641

COMMONWEALTH

v.

MOHN, Appellant.

Submitted April 2, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Stewart J. Greenleaf, Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.